# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO. 4:13CR00148-15 SWW |
| | * | |
| GERARD TRICE, a/k/a Fly | * | |
| | * | |

## ORDER

Before the Court is the United States' motion [ECF No. 588] to dismiss, without prejudice, the indictments in this case against GERARD TRICE and to withdraw the arrest warrant for this separate defendant. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the motion [ECF No. 588] is GRANTED. The indictment [ECF No. 3], superseding indictment [ECF No. 92], and second superseding indictment [ECF No. 256] against GERARD TRICE are hereby DISMISSED WITHOUT PREJUDICE, and the arrest warrant for GERARD TRICE is WITHDRAWN.

IT IS SO ORDERED THIS 17TH DAY OF SEPTEMBER, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE